1  ADAM WANG, Bar No. 201233
   ADAM PEDERSEN, Bar No. 261901
2  LAW OFFICES OF ADAM WANG
   12 South First Street, Suite 708
3  San Jose, CA 95113
   Tel: (408) 292-1040
4  Fax: (408) 416-0248
   adamqwang@gmail.com
5
   Attorney for Plaintiff
6

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SOLANO, | Case No.: 5:08-cv-04478-JW |
| Plaintiff, | STIPULATION TO DISMISS WITH PREJUDICE & [PROPOSED] ORDER THEREON |
| vs. | |
| STEVEN HERMOSILLO dba SHC, | |
| Defendants | |

Plaintiffs and Defendants, through their respective counsel, hereby stipulate as follows:

1. Parties have reached a settlement with respect to all claims of the Plaintiff against all Defendants in this case.

2. As such, parties hereby stipulate to dismiss this action in its entirety with prejudice.

3. In the event of a breach of the Settlement Agreement, any party may file an ordinary breach of contract action in a court of competent jurisdiction.

The Clerk shall close this action.

RESPECTFULLY SUBMITTED,

Dated: July 30, 2009            By: /s/ Adam Pedersen
                                    ADAM PEDERSEN
                                    Attorney for Plaintiffs

                                1                    5:08-cv-04478-JW

STIPULATION TO DISMISS
Solano v. Steven Hermosillo, et al.

Dated: July 30, 2009

By: /s/ Jesse Jack
Jesse Jack
Attorney for Defendants

[PROPOSED] ORDER

Pursuant to party's stipulation, IT IS SO ORDERED AS MODIFIED.

Dated: August 19, 2009

/s/ James Ware
Hon. J. Ware
United States District Court Judge

2                                    5:08-cv-04478-JW

STIPULATION TO DISMISS
Solano v. Steven Hermosillo, et al.